Donna J. Dorgan 013451994
Donna J. Dorgan, LLC
45 Essex Street, 3d Floor
Hackensack, NJ 07601
(201) 488-2100
Attorney for DEBTOR

|  |  |
|---|---|
| IN RE | UNITED STATES BANKRUPTCY COURT |
| ROBERT ANDRZEJ WRONA | DISTRICT OF NEW JERSEY |
|  | CASE NO. 19-14842-JKS |
| CHAPTER 7 | LIST OF CREDITORS |

TO:    CLERK
UNITED STATES BANKRUPTCY COURT
50 WALNUT STREET, 3RD FLOOR
NEWARK, NJ 07102

ATTACHED IS A LIST OF CREDITORS

3/24/19

DONNA J. DORGAN, ESQ.

| | | |
|---|---|---|
| Wilmington, DE 19850 | | |
| Discover Financial Services<br>PO Box 19850-5316<br>Wilmington, DE 19850 | U.S. BANKRUPTCY COURT<br>FILED<br>NEWARK, NJ<br><br>2019 MAR 25  A 9:46<br><br>JEANNE A. NAUGHTON<br><br>BY: _____<br>DEPUTY CLERK | |
| JH Portfolio Debt Equities<br>5757 Phantom Drive Suite 225 Hazelwood, MO 63042 | | |
| Katarzna Kollenda Wrona<br>109 Edison Street<br>Wyckoff, NJ 07481 | | |
| Melissa Cipriano<br>Cipriano Law Offices<br>175 Fairfield Avenue, Suite c/d<br>West Caldwell, NJ 07006 | | |
| Collection Bureau Hudson Valley<br>155 North Plank Road<br>Newburgh, NY 12550 | | |
| Wilmington Trust d/b/a Mr. Cooper<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019<br>Loan Number xx5017 | | |
| Schuyler Savings Bank<br>24 Davis Avenue<br>Kearny, NJ 07032 | | |
| Ford Motor Credit<br>PO Box 542000<br>Omaha, NE 68154 | | |
| Nationstar Mortgage<br>8950 Cypress Waters Blvd<br>Dallas, TX 75063 | | |
| Citimortgage<br>PO Box 10002<br>Hagerstown, MD 21747 | | |

LIST OF CREDITORS — ROBERT ANDRZWJ WRONA CASE NO 19-14842-JKS    1

| | |
|---|---|
| Internal Revenue Service<br>PO Box 931000<br>Louisville, KY 40293<br><br>ACCT XXXXX 1692 | U.S. BANKRUPTCY COURT<br>FILED<br>NEWARK, NJ<br><br>2019 MAR 25 A 9:46<br><br>JEANNE A. NAUGHTON<br>BY: [signature]<br>DEPUTY CLERK |
| New Jersey Division of Taxation<br>Bankruptcy Section<br>PO Box 246<br>Trenton, NJ 08695<br>Acct XXXXX 1692 | |
| Discover More Credit Card<br>PO Box 71084<br>Charlotte, NC 28272-1084<br>AcctXXX7002 | |
| Chase Slate<br>PO Box 1423<br>Charlotte, NJ 28201<br>Acct 9523 | |
| Macy's American Express<br>PO Box 9001108<br>Louisville, KY 40290<br>Acct XX7040 | |
| Citi Simplicity Car<br>PO Box 9001037<br>Louisville, KY 40290<br>Acct XX2283 | |
| Discover Bank<br>C/o Pressler Felt Warshaw<br>7 Entin Road<br>Parsippany, NJ 07054 | |
| Justine Gondola<br>200 Long Hill Road<br>Little Falls, NJ 07424 | |
| Amex Department Store<br>PO Box 8218<br>Mason, Ohio 45054<br>Chase Card<br>PO Box 15298 | |