

Certificate Number: 14912-NJ-DE-032731990

Bankruptcy Case Number: 19-14842

14912-NJ-DE-032731990

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 27, 2019, at 12:17 o'clock PM EDT, Robert Wrona completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: April 27, 2019        By: /s/Jai Bhatt

                            Name: Jai Bhatt

                            Title: Counselor