UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Robert Andrzej Wrona            Case No.: 19-14842 (JKS)

                                        Chapter:  7

                                        Judge:    John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> James J. Waldron
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on June 4, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property located at 3 Ridge Road, Little Falls, NJ, having a fair market value of $300,000.00.

> Liens on property:
>
> Wilmington Trust Co. d/b/a Mr. Cooper
> $295,000.00
> Schuyler Savings Bank
> $45,000.00

> Amount of equity claimed as exempt:  None claimed

Objections must be served on, and requests for additional information directed to:

Name:  Charles M. Forman, Trustee
Address:  Forman Holt, 66 Route 17 North, Paramus, NJ 07652
Telephone No.:  201-845-1000

F0038623 - 1