UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   Robert Andrzej Wrona

Case No.: 19-14842 (JKS)

Chapter:   7

Judge:     John K. Sherwood

---

### NOTICE OF PROPOSED ABANDONMENT

---

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: |
|---|
| James J. Waldron |
| United States Bankruptcy Court |
| MLK Jr. Federal Building |
| 50 Walnut Street |
| Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on June 4, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice).  If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: |
|---|
| Real property located at 3 Ridge Road, Little Falls, NJ, having a fair market value of $300,000.00. |

| Liens on property: |
|---|
| Wilmington Trust Co. d/b/a Mr. Cooper |
| $295,000.00 |
| Schuyler Savings Bank |
| $45,000.00 |

| Amount of equity claimed as exempt:  None claimed |
|---|

Objections must be served on, and requests for additional information directed to:

Name:  Charles M. Forman, Trustee
Address:  Forman Holt, 66 Route 17 North, Paramus, NJ 07652
Telephone No.:  201-845-1000

F0038623 - 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 19-14842-JKS
Robert Andrzej Wrona                                                        Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 2           Date Rcvd: May 06, 2019
                               Form ID: pdf905          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2019.
db          #+Robert Andrzej Wrona,    3 Ridge Road,   Little Falls, NJ 07424-2416
aty          +Donna Dorgan,   45 Essex St 3rd fl,   Hackensack, NJ 07601-5413
cr          ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit Company,    PO Box 537901,
              Livonia, MI  48153-7901)
518140461    +Amex Department Store,   PO Box 8218,   Mason, Ohio 45040-8218
518140462    +Chase Card,   PO Box 15298,   Wilmington, DE 19850-5298
518140456    +Chase Slate,   PO Box 1423,   Charlotte, NJ 28201-1423
518140466    +Cipriano Law Offices,   175 Fairfield Avenue,   Suite 4cd,   West Caldwellm, NJ 07006-6415
518140458    +Citi Simplicity Car,   PO Box 9001037,   Louisville, KY 40290-1037
518140452    +Citimortgage,   PO Box 10002,   Hagerstown, MD 21747-0002
518140459    +Discover Bank,   C/o Pressler Felt Warshaw,   7 Entin Road,   Parsippany, NJ 07054-5020
518140443     Discover Financial Services,   PO Box 19850-5316,   Wilmington, DE 19850
518140455     Discover More Credit Card,   PO Box 71084,   Charlotte, NC 28272-1084
518140450    +Ford Motor Credit,   PO Box 542000,   Omaha, NE 68154-8000
518140460    +Justine Gondola,   200 Long Hill Road,   Little Falls, NJ 07424-2004
518140445    +Katarzna Kollenda Wrona,   109 Edison Street,   Wyckoff, NJ 07481-2726
518140457    +Macy's American Express,   PO Box 9001108,   Louisville, KY 40290-1108
518140446    +Melissa Cipriano,   Cipriano Law Offices,   175 Fairfield Avenue ,,   Suite c  d,
              West Caldwell, NJ 07006-6415
518140451     Nationstar Mortgage,   8950 Cypress Waters Blvd,   Dallas, TX 75063
518140454    +New Jersey Division of,   Taxation,   Bankruptcy Section,   PO Box 246,
              Trenton, NJ 08695-0246
518140464    +Pressler Felt & Warshaw,   7 Entin Road,   Parsippany, NJ 07054-5020
518140449    +Schuyler Savings Bank,   24 Davis Avenue,   Kearny, NJ 07032-3397
518140448    +Wilmington Trust,   dba Mr. Cooper,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov May 07 2019 00:02:45     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2019 00:02:40     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
518140447    +E-mail/Text: ering@cbhv.com May 07 2019 00:02:38     Collection Bureau Hudson,   Valley,
              155 North Plank Road,   Newburgh, NY 12550-1748
518140453    +E-mail/Text: cio.bncmail@irs.gov May 07 2019 00:02:00     Internal Revenue Service,
              PO Box 931000,   Louisville, KY 40293-1000
518140444    +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com May 07 2019 00:03:57
              JH Portfolio Debt Equities,   5757 Phantom Drive,   Suite 225,   Hazelwood, MO 63042-2429
                                                                                         TOTAL: 5

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                              Signature:  /s/Joseph Speetjens

District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 06, 2019
                              Form ID: pdf905          Total Noticed: 27

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2019 at the address(es) listed below:
        Charles M. Forman    cforman@formanlaw.com,   lcapasso@formanlaw.com;cforman@iq7technology.com
        Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
         lcapasso@formanlaw.com;cforman@iq7technology.com
        Denise E. Carlon    on behalf of Creditor    WILMINGTON TRUST COMPANY, AS SUCCESSOR TRUSTEE TO
         CITIBANK, N.A. AS TRUSTEE TO STRUCTURED ASSET SECURITIES CORPORATION, SERIES 2005-1
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company ecfmail@mortoncraig.com,
         mortoncraigecf@gmail.com
        Rebecca Ann Solarz    on behalf of Creditor    WILMINGTON TRUST COMPANY, AS SUCCESSOR TRUSTEE TO
         CITIBANK, N.A. AS TRUSTEE TO STRUCTURED ASSET SECURITIES CORPORATION, SERIES 2005-1
         rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                    TOTAL: 6