Law Office of
Donna J. Dorgan, LLC
45 Essex Street, 3rd Floor
Hackensack, NJ 07601
(201) 488-2100
(800) 871-1504 FAX

Donna J. Dorgan, Esq.
Admitted in NY & NJ

Office of the Clerk
U. S. Bankruptcy Court
M.L.K. Jr., Federal Building
50 Walnut Street
Newark, NJ 07102

    Re:    <u>Robert Andrzej Wrona</u>, Case No. 19-14842-JKS

            Substitution of Attorney

Dear Clerk:

    Enclosed for filing is a substitution of attorney in this matter. I am withdrawing from the case and William Russiello, Esq. will replace me.

    Please file the document and return a copy in the enclosed envelope.

                                   Very truly yours,

                                   Donna J. Dorgan

cc:    Robert A. Wrona

       William Russiello, Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Leslie & Russiello
William D. Russiello, 002591982
45 Essex Street, 3rd Floor
Hackensack, NJ 07601
(201) 342-0696
wrussiello@cs.com
ATTORNEY FOR ROBERT ANDRZEJ WRONA

| | |
|---|---|
| In Re:<br><br>Robert Andrzej Wrona,<br><br>DEBTOR | Case No.: 19-14842-JKS<br><br>Chapter: 7<br><br>Judge: John K Sherwood |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that William D. Russiello, Esq. will be substituted as attorney of record for Robert Andrzej Wrona, Debtor, in this case.[1]

Date: 4/28/2019

Signature of Former Attorney

Date: 05/06/2019

Signature of Substituted Attorney[2]

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.