Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–14842–JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Robert Andrzej Wrona
dba VRONA LLC, dba Bertona Prestige
Design
3 Ridge Road
Little Falls, NJ 07424

Social Security No.:
xxx–xx–1692

Employer's Tax I.D. No.:
18–5001973, 23–4001531

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Charles M. Forman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 3, 2019</u>                <u>John K. Sherwood</u>
                                          Judge, United States Bankruptcy Court